# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

-------------------------------------------------

ELON UNIVERSITY

                Plaintiff,

    v.

SPORTSWEAR INC.

                Defendant.

Civil Action No.

-----------------------------------------------

## COMPLAINT

Plaintiff Elon University ("Plaintiff"), by and through its undersigned counsel, for its complaint against Defendant Sportswear Inc. ("Defendant"), hereby alleges and states the following:

## NATURE AND BASIS OF ACTION

1.    This is an action to stop Defendant's infringement, unfair competition, false designation of origin, and counterfeiting based upon Defendant's unauthorized use of Plaintiff's registered and common law trademarks. Defendant's conduct constitutes trademark infringement and unfair competition under the Lanham Act, 15 U.S.C. §§ 1114(1) and 1125(a); trademark infringement and unfair competition under North Carolina common law; and unfair and deceptive trade practices under N.C. Gen. Stat. § 75-1.1 *et seq*.

2.     Plaintiff seeks compensatory damages, punitive damages, permanent injunctive relief, and recovery of reasonable attorneys' fees and costs incurred in connection with this action.

## THE PARTIES

3.     Plaintiff Elon University is a North Carolina non-profit private educational institution located and doing business at 100 Campus Drive, Elon, North Carolina 27244.

4.     Upon information and belief, Defendant Sportswear Inc. d/b/a Prep Sportswear is a Washington corporation with a principal office located at 4505 Pacific Highway E Suite C2, Fife, Washington 98424.

## JURISDICTION

5.     This Court has subject matter jurisdiction over Plaintiff's Lanham Act claims pursuant to Section 39 of the Lanham Act, 15 U.S.C. § 1121, and 28 U.S.C. §§ 1331 and 1338.  The Court also has supplemental jurisdiction over Plaintiff's state claims pursuant to 28 U.S.C. § 1367.

6.     Venue is proper in this District pursuant to 28 U.S.C. § 1391 because a substantial part of the events giving rise to the claims against Defendant occurred in this District.

7.     This Court has personal jurisdiction over Defendant because, upon information and belief, Defendant is engaged in substantial activity within North Carolina and Defendant's acts or omission caused injury to person or property in North Carolina and gave rise to the underlying claims.

## PLAINTIFF'S MARKS

8.     Founded in 1889, Plaintiff is a private, non-sectarian, coeducational liberal arts university located in North Carolina.

9.     Plaintiff is nationally recognized for its outstanding teaching and hands-on learning, and for the past five years, *U.S. News & World Report* has ranked Plaintiff Number 1 in the "Best Undergraduate Teaching" category.

10.     In addition to its academic offerings, Plaintiff provides a premier Division I athletics program that uses the "Phoenix" as its mascot.

11.     As a result of its diverse academic offerings and athletic programs, thousands of students enroll at Plaintiff's university each year.  In the 2025-26 academic year alone, more than 7,000 students from 51 countries enrolled at Plaintiff's university.

12.     Plaintiff has used the mark ELON in connection with educational services since the founding of Elon College in 1889.  Plaintiff also uses the ELON mark in connection with collegiate sporting events and clothing, among other goods and services.

13.     In 2001, Plaintiff transitioned from a college to a university and began using the mark ELON UNIVERSITY in connection with educational services.  Plaintiff also uses the ELON UNIVERSITY mark in connection with collegiate sporting events, and clothing, among other goods and services.

14.     Plaintiff also uses several variations of a logo mark containing ELON UNIVERSITY in connection with the design of a leaf over a shield (the "ELON

3

UNIVERSITY Logo Marks") in connection with educational services, collegiate sporting events, and clothing, among other goods and services, including the following:

  

Plaintiff has used the ELON UNIVERSITY Logo Marks since at least as early as 2016.

15.    Plaintiff has also used the following stylized ELON PHOENIX Mark (the "ELON PHOENIX Mark" in connection with educational services, collegiate sporting events, and clothing since at least as early as 2001:



16.    Plaintiff also uses the following marks consisting of a logo of a phoenix (the "Phoenix Logo Marks"), with or without the additional wording ELON and PHOENIX, in connection with educational services, collegiate sporting events, and clothing:

4

 

Plaintiff has used the Phoenix Logo Marks since at least as early as 2001.

15.    Plaintiff also uses various marks consisting of the letter "E" ("the E Logo Marks") in connection with educational services, collegiate sporting events, and clothing, including the following:

  

Plaintiff has used the Elon E Logo Marks since at least as early as 1921.

17.    The ELON, ELON UNIVERSITY, ELON UNIVERSITY Logo Marks, ELON PHOENIX Mark, Phoenix Logo Marks, and E Logo Marks are hereinafter collectively referred to as "the ELON Marks" or "Plaintiff's ELON Marks."

18.    Plaintiff is the owner of the following U.S. trademark registrations for Plaintiff's ELON Marks:

Case 1:26-cv-00155    Document 1    Filed 02/11/26    Page 5 of 66

| Reg. No. | Mark | Goods/Services | Registration Date | Date of First Use |
|---|---|---|---|---|
| 5,355,761 | ELON | (Int'l Class: 06)<br>Key rings made primarily of metal and metal license plates<br><br>(Int'l Class: 14)<br>Clocks; precious metals, namely, gold pins, necklaces, bracelets, [ gold earrings, ] rings, watches, and tie tacks; ornamental lapel pins; watches; cuff-links<br><br>(Int'l Class: 16)<br>Paper goods, namely, pennants, napkins, window stickers, bumper stickers, sticker sheets, stationery-type portfolios, notebooks, note pads, folders for papers, pens, pencils, paper and plastic gift bags, banners, [ and posters; ] letter openers; desktop business card holders; stationery writing paper and envelopes; printed invitations; postcards; notepaper; envelopes; stationery; note cards; binders; notebooks; loose leaf binders; pen and pencil sets; paper bags; printed matter, | December 12, 2017 | Int'l Class:06<br>May 4, 2017<br><br>Int'l Class:14<br>October 14, 2016<br><br>Int'l Class:16<br>November 4, 2016<br><br>Int'l Class:18<br>August 3, 2015<br><br>Int'l Class:21<br>July 5, 2016<br><br>Int'l Class:24<br>June 20, 2016<br><br>Int'l Class:25<br>August 2, 2016<br><br>Int'l Class:35,41<br>March 10, 2016 |

Case 1:26-cv-00155    Document 1    Filed 02/11/26    Page 6 of 66

| Reg. No. | Mark | Goods/Services | Registration Date | Date of First Use |
|---|---|---|---|---|
| | | namely, decals, informational flyers with ticket information for university level athletic events and game schedules, but not including ice hockey; publications in the nature of brochures, newsletters, and printed reports about university level athletic activities and events, but not including ice hockey; university stationery, letter openers made of precious metals<br><br>(Int'l Class: 18)<br>[ Trunks for traveling; ] travel bags; [ toiletry cases sold empty; ] business card holders in the nature of wallets<br><br>(Int'l Class: 21)<br>Glassware, namely, drinking glasses, cups, mugs; [ trash cans; ] water bottles sold empty; coasters not of paper and not being table linen; [ plates; ] pitchers; vases, [ and vases made of precious metal ] | | |

7

| Reg. No. | Mark | Goods/Services | Registration Date | Date of First Use |
|---|---|---|---|---|
| | | (Int'l Class: 24) Tablecloths not of paper; bed blankets, textile decorative blankets, blanket throws, and tailgating blankets; tapestries and wall hangings of fabric; flags of fabric; banners of fabric<br><br>(Int'l Class: 25) Golf shirts; hats; cloth bibs; jackets; shorts; caps; visors and ties; clothing for men, women and children, namely, shirts, shorts, t-shirts, hats, caps, socks, jackets, pants, sweatpants, sleepwear, rainwear, sweaters and visors; [ sweat suits, ] sweatshirts<br><br>(Int'l Class: 35) promoting college level men's and women's sporting events of others; promoting university level athletic, sporting and cultural events of others<br><br>(Int'l Class: 41) Entertainment services, | | |

Case 1:26-cv-00155    Document 1    Filed 02/11/26    Page 8 of 66

| Reg. No. | Mark | Goods/Services | Registration Date | Date of First Use |
|---|---|---|---|---|
| | | namely, organizing and conducting an array of college athletic events; encouraging university athletic program by organizing and conducting educational programs and activities for athletes, alumni, supporters and fans, namely , youth sports camps, athletic recruiting events, donor appreciation events, media informational events, athlete appreciation events athletic fundraising; providing sports facilities for an array of sporting events, sports and athletic competitions and awards programs; education and entertainment services, namely, providing educational courses at the college and graduate level, and organizing and providing facilities for university level men's and women's sporting events; conducting college level men's and women's sporting events; | | |

9

| Reg. No. | Mark | Goods/Services | Registration Date | Date of First Use |
|---|---|---|---|---|
| | | conducting university level athletic, sporting and cultural events; educational services, namely public lectures, workshops, seminars, symposiums, and conferences in the field of academic education, life enhancement and recreational instruction, professional, business and continuing education, and production of radio and television programs | | |
| 2,644,172 | ELON UNIVERSITY | (Int'l Class: 16) PAPER GOODS, namely, PENNANTS, [ NAPKINS, ] WINDOW STICKERS, [ BUMPER STICKERS, ] DECALS, [ STICKER SHEETS, ] PORTFOLIOS, NOTEBOOKS, NOTE PADS, FOLDERS FOR PAPERS, PENS, PENCILS [, PAPER AND PLASTIC GIFT BAGS, BANNERS AND POSTERS ]<br><br>(Int'l Class: 21) GLASSWARE, namely, DRINKING GLASSES, | October 29, 2002 | Int'l Class:16,21,25,41 June 1, 2001 |

| Reg. No. | Mark | Goods/Services | Registration Date | Date of First Use |
|---|---|---|---|---|
| | | [ CUPS, ] MUGS [ ; TRASH CANS ]<br><br>(Int'l Class: 25) CLOTHING FOR MEN, WOMEN AND CHILDREN, namely, SHIRTS, [ SHORTS, ] T-SHIRTS, HATS, CAPS, SOCKS, JACKETS, [ PANTS, SWEATSUITS, ] SWEATSHIRTS, SWEATPANTS, [ SLEEPWEAR, RAINWEAR, ] SWEATERS [ AND VISORS ]<br><br>(Int'l Class: 41) education and entertainment services, namely, providing educational courses at the college and graduate level, and promoting and conducting college level men's and women's sporting events | | |
| 2,644,043 |  | (Int'l Class: 16) PAPER GOODS, namely, PENNANTS, [ NAPKINS, ] WINDOW STICKERS, [ BUMPER STICKERS, ] DECALS, [ STICKER | October 29, 2002 | Int'l Class:16,21,25,41 May 9, 2000 |

| Reg. No. | Mark | Goods/Services | Registration Date | Date of First Use |
|---|---|---|---|---|
| | | SHEETS, PORTFOLIOS, NOTEBOOKS, ] NOTE PADS [, FOLDERS FOR PAPERS, PENS, PENCILS, PAPER AND PLASTIC GIFT BAGS, BANNERS AND POSTERS ]<br><br>(Int'l Class: 21) GLASSWARE, namely, DRINKING GLASSES, [ CUPS, ] MUGS; [ TRASH CANS ]<br><br>(Int'l Class: 25) CLOTHING FOR MEN, WOMEN AND CHILDREN, namely, SHIRTS, [ SHORTS, ] T-SHIRTS, HATS, CAPS, SOCKS, JACKETS, PANTS, [ SWEATSUITS, ] SWEATSHIRTS [, SWEATPANTS, SLEEPWEAR, RAINWEAR, SWEATERS AND VISORS ]<br><br>(Int'l Class: 41) education and entertainment services, namely, providing educational courses at | | |

| Reg. No. | Mark | Goods/Services | Registration Date | Date of First Use |
|---|---|---|---|---|
| | | the college and graduate level, and promoting and conducting college level men's and women's sporting events | | |
| 2,917,867 | ELON PHOENIX (Stylized)  | (Int'l Class: 16) [ PAPER GOODS, namely, PENNANTS, NAPKINS, WINDOW STICKERS, BUMPER STICKERS, DECALS, STICKER SHEETS, PORTFOLIOS, NOTEBOOKS, NOTE PADS, FOLDERS FOR PAPERS, PENS, PENCILS, PAPER AND PLASTIC GIFT BAGS, BANNERS AND POSTERS] <br><br> (Int'l Class: 21) glassware, namely, drinking glasses, [ cups,] mugs [ ; trash cans] <br><br> (Int'l Class: 25) clothing for men, women and children, namely, shirts, shorts, t-shirts, [hats, caps, socks,] jackets, pants, [ sweatsuits, ] sweatshirts, sweatpants, | January 11, 2005 | Int'l Class:16,21,25 May 9, 2000 |

| Reg. No. | Mark | Goods/Services | Registration Date | Date of First Use |
|---|---|---|---|---|
| | | [ sleepwear, rainwear, sweaters and visors] | | |
| 2,976,587 | ELON PHOENIX (Stylized)<br> | (Int'l Class: 41) education and entertainment services, namely, providing educational courses at the college and graduate level, and promoting and conducting college level men's and women's sporting events | July 26, 2005 | Int'l Class:41<br>June 1, 2001 |
| 5,292,011 | ELON and Design<br> | (Int'l Class: 06) Key rings made primarily of metal and metal license plates<br><br>(Int'l Class: 14) Clocks; precious metals, namely, gold pins, [ necklaces, ] bracelets, [ gold earrings, rings, ] watches, and tie tacks; ornamental lapel pins; watches [ ; cuff-links ]<br><br>(Int'l Class: 16) Paper goods, namely, pennants, [ napkins, ] window stickers, bumper stickers, sticker sheets, [ stationery-type portfolios, ] notebooks, note pads, [ folders for | September 19, 2017 | Int'l Class:06<br>April 22, 2016<br><br>Int'l Class:14<br>April 12, 2016<br><br>Int'l Class:16<br>August 15, 2016<br><br>Int'l Class:18<br>August 8, 2016<br><br>Int'l Class:20,35,41<br>March 8, 2016<br><br>Int'l Class:21<br>August 4, 2016<br><br>Int'l Class:24<br>June 16, 2016 |

| Reg. No. | Mark | Goods/Services | Registration Date | Date of First Use |
|---|---|---|---|---|
| | | papers, pens, pencils, paper and plastic gift bags, ] banners [ and posters; letter openers; ] desktop business card holders; [ stationery writing paper and envelopes; ] [ printed invitations; postcards; notepaper; envelopes; stationery; note cards; binders; ] notebooks; [ loose leaf binders; pen and pencil sets; paper bags; ] printed matter, namely, decals, informational flyers with ticket information for university level athletic events and game schedules, but not including ice hockey; publications in the nature of brochures, newsletters, and printed reports about university level athletic activities and events, but not including ice hockey; university stationery [ , letter openers made of precious metals ]<br><br>(Int'l Class: 18)<br>[ Trunks for traveling; ] travel bags [ ; toiletry cases sold empty; | | Int'l Class:25<br>May 5, 2016 |

| Reg. No. | Mark | Goods/Services | Registration Date | Date of First Use |
|---|---|---|---|---|
| | | business card holders in the nature of wallets ]<br><br>(Int'l Class: 20)<br>[ Pillows; frames for displaying diplomas, not of precious metal; chairs ]<br><br>(Int'l Class: 21)<br>Glassware, namely, drinking glasses, cups, mugs; [ trash cans; ] water bottles sold empty; coasters not of paper and not being table linen; plates; pitchers; vases, and vases made of precious metal<br><br>(Int'l Class: 24)<br>Tablecloths not of paper; bed blankets, textile decorative blankets, blanket throws, and tailgating blankets; tapestries [ and wall hangings ] of fabric; flags of fabric; banners of fabric<br><br>(Int'l Class: 25)<br>Golf shirts; hats; cloth bibs; jackets; shorts; caps; [ visors and ] ties; clothing for men, | | |

| Reg. No. | Mark | Goods/Services | Registration Date | Date of First Use |
|---|---|---|---|---|
| | | women and children, namely, shirts, shorts, t-shirts, hats, caps, socks, jackets, pants, sweatpants, sleepwear, rainwear, [ sweaters and visors; sweat suits, ] sweatshirts<br><br>(Int'l Class: 35) promoting college level men's and women's sporting events of others; promoting university level athletic, sporting and cultural events of others<br><br>(Int'l Class: 41) Entertainment services, namely, organizing and conducting an array of college athletic events; encouraging university athletic program by organizing and conducting educational programs and activities for athletes, alumni, supporters and fans, namely, youth sports camps, athletic recruiting events, donor appreciation events, media informational events, athlete appreciation events | | |

| Reg. No. | Mark | Goods/Services | Registration Date | Date of First Use |
|---|---|---|---|---|
| | | athletic fundraising; providing sports facilities for an array of sporting events, sports and athletic competitions and awards programs; education and entertainment services, namely, providing educational courses at the college and graduate level, and organizing and providing facilities for university level men's and women's sporting events; conducting college level men's and women's sporting events; conducting university level athletic, sporting and cultural events; educational services, namely, public lectures, workshops, seminars, symposiums, and conferences in the field of academic education, life enhancement and recreational instruction, professional, business and continuing education, and production of radio and television programs | | |

18

| Reg. No. | Mark | Goods/Services | Registration Date | Date of First Use |
|---|---|---|---|---|
| 5,307,452 | E (Stylized)  | (Int'l Class: 06) Key rings made primarily of metal and metal license plates<br><br>(Int'l Class: 14) [ Clocks; ] precious metals, namely, gold pins, necklaces, bracelets, [ gold earrings, ] rings, watches, and tie tacks; ornamental lapel pins; watches; cuff-links<br><br>(Int'l Class: 16) Paper goods, namely, [ pennants, ] napkins, window stickers, bumper stickers, sticker sheets, [ stationery-type portfolios, ] notebooks, note pads, folders for papers, pens, pencils, [ paper and plastic gift bags, ] banners [ and posters; letter openers; desktop business card holders; ] stationery writing paper and envelopes; printed invitations; postcards; notepaper; envelopes; stationery; note cards; binders; notebooks; [ loose leaf binders; pen and pencil sets; paper | October 10, 2017 | Int'l Class:06 July 7, 2017<br><br>Int'l Class:14,24 March 14, 2017<br><br>Int'l Class:16 March 16, 2017<br><br>Int'l Class:18 March 31, 2017<br><br>Int'l Class:21,35,41 March 5, 2016<br><br>Int'l Class:25 August 3, 2016 |

| Reg. No. | Mark | Goods/Services | Registration Date | Date of First Use |
|----------|------|----------------|-------------------|-------------------|
| | | bags; ] printed matter, namely, decals, informational flyers with ticket information for university level athletic events and game schedules, but not including ice hockey; publications in the nature of brochures, newsletters, and printed reports about university level athletic activities and events, but not including ice hockey; university stationery [ , letter openers made of precious metals ]<br><br>(Int'l Class: 18)<br>[ Trunks for traveling; ] travel bags [ ; toiletry cases sold empty; business card holders in the nature of wallets ]<br><br>(Int'l Class: 21)<br>Glassware, namely, drinking glasses, cups, mugs; [ trash cans; ] water bottles sold empty; coasters not of paper and not being table linen [ ; plates; pitchers; vases, and vases made of precious metal ] | | |

| Reg. No. | Mark | Goods/Services | Registration Date | Date of First Use |
|---|---|---|---|---|
| | | (Int'l Class: 24) Tablecloths not of paper; bed blankets, textile decorative blankets, blanket throws, and tailgating blankets; [ tapestries and wall hangings of fabric; ] flags of fabric; banners of fabric<br><br>(Int'l Class: 25) Golf shirts; hats; cloth bibs; jackets; shorts; caps; visors [ and ties; ] clothing for men, women and children, namely, shirts, shorts, T-shirts, hats, caps, socks, jackets, pants, sweatpants, [ sleepwear, ] rainwear, [ sweaters ] and visors; [ sweat suits, ] sweatshirts<br><br>(Int'l Class: 35) Promoting college level men's and women's sporting events of others; promoting university level athletic, sporting and cultural events of others<br><br>(Int'l Class: 41) Entertainment services, | | |

21

| Reg. No. | Mark | Goods/Services | Registration Date | Date of First Use |
|---|---|---|---|---|
| | | namely, organizing and conducting an array of college athletic events; encouraging university athletic program by organizing and conducting educational programs and activities for athletes, alumni, supporters and fans, namely, youth sports camps, athletic recruiting events, donor appreciation events, media informational events, athlete appreciation events athletic fundraising; providing sports facilities for an array of sporting events, sports and athletic competitions and awards programs; education and entertainment services, namely, providing educational courses at the college and graduate level, and organizing and providing facilities for university level men's and women's sporting events; conducting college level men's and women's sporting events; | | |

| Reg. No. | Mark | Goods/Services | Registration Date | Date of First Use |
|---|---|---|---|---|
| | | conducting university level athletic, sporting and cultural events; educational services, namely, public lectures, workshops, seminars, symposiums, and conferences in the field of academic education, life enhancement and recreational instruction, professional, business and continuing education, and production of radio and television programs | | |
| 5,292,009 | ELON UNIVERSITY | (Int'l Class: 06) Key rings made primarily of metal and metal license plates<br><br>(Int'l Class: 14) Clocks; precious metals, namely, gold pins, necklaces, bracelets, [ gold earrings, ] rings, watches, and tie tacks; ornamental lapel pins; watches; cuff-links<br><br>(Int'l Class: 16) Paper goods, namely, pennants, [ napkins, ] window stickers, bumper stickers, sticker sheets, stationery-type | September 19, 2017 | Int'l Class:06 August 2, 2016<br><br>Int'l Class:14 November 2, 2015<br><br>Int'l Class:16 June 14, 2016<br><br>Int'l Class:18 November 9, 2016<br><br>Int'l Class:20 April 29, 2011<br><br>Int'l Class:21 March 7, 2016<br><br>Int'l Class:24 September 15, |

| Reg. No. | Mark | Goods/Services | Registration Date | Date of First Use |
|---|---|---|---|---|
| | | portfolios, notebooks, note pads, folders for papers, pens, pencils, [ paper and plastic gift bags, banners and posters; ] letter openers; desktop business card holders; [ stationery writing paper and envelopes; printed invitations; postcards; notepaper; ] envelopes; stationery; note cards; binders; notebooks; loose leaf binders; pen and pencil sets; [ paper bags; ] printed matter, namely, decals, informational flyers with ticket information for university level athletic events and game schedules, but not including ice hockey; publications in the nature of brochures, newsletters, and printed reports about university level athletic activities and events, but not including ice hockey; university stationery, letter openers made of precious metals<br><br>(Int'l Class: 18)<br>[ Trunks for traveling; ] | | 2016<br><br>Int'l Class:25<br>July 8, 2016<br><br>Int'l Class:35,41<br>March 10, 2016 |

| Reg. No. | Mark | Goods/Services | Registration Date | Date of First Use |
|---|---|---|---|---|
| | | travel bags; [ toiletry cases sold empty; ] business card holders in the nature of wallets<br><br>(Int'l Class: 20)<br>[ Pillows; ] frames for displaying diplomas, not of precious metal; chairs<br><br>(Int'l Class: 21)<br>Glassware, namely, drinking glasses, cups, mugs; [ trash cans; ] water bottles sold empty; coasters not of paper and not being table linen; [ plates; ] pitchers; vases, and vases made of precious metal<br><br>(Int'l Class: 24)<br>Tablecloths not of paper; bed blankets, textile decorative blankets, blanket throws, and tailgating blankets; [ tapestries and wall hangings of fabric; ] flags of fabric; banners of fabric<br><br>(Int'l Class: 25)<br>Golf shirts; hats; [ cloth bibs; ] jackets; shorts; | | |

| Reg. No. | Mark | Goods/Services | Registration Date | Date of First Use |
|---|---|---|---|---|
| | | caps; [ visors and ties; ] clothing for men, women and children, namely, shirts, shorts, t-shirts, hats, caps, [ socks, ] jackets, pants, sweatpants, [ sleepwear, rainwear, ] sweaters [ and visors; sweat suits ] , sweatshirts<br><br>(Int'l Class: 35) promoting college level men's and women's sporting events of others; promoting university level athletic, sporting and cultural events of others<br><br>(Int'l Class: 41) Entertainment services, namely, organizing and conducting an array of college athletic events; encouraging university athletic program by organizing and conducting educational programs and activities for athletes, alumni, supporters and fans, namely, youth sports camps, athletic recruiting events, donor appreciation events, media informational | | |

| Reg. No. | Mark | Goods/Services | Registration Date | Date of First Use |
|---|---|---|---|---|
| | | events, athlete appreciation events athletic fundraising; providing sports facilities for an array of sporting events, sports and athletic competitions and awards programs; education and entertainment services, namely, providing educational courses at the college and graduate level, and organizing and providing facilities for university level men's and women's sporting events; conducting college level men's and women's sporting events; conducting university level athletic, sporting and cultural events; educational services, namely, public lectures, workshops, seminars, symposiums, and conferences in the field of academic education, life enhancement and recreational instruction, professional, business and continuing education, and | | |

27

| Reg. No. | Mark | Goods/Services | Registration Date | Date of First Use |
|---|---|---|---|---|
| | | production of radio and television programs | | |
| 5,449,012 | ELON UNIVERSITY and Design  | (Int'l Class: 16) Paper goods, namely, [ pennants, ] napkins, window stickers, bumper stickers, sticker sheets, stationery-type portfolios, notebooks, note pads, folders for papers, pens, pencils, [ paper and plastic gift bags, banners and posters; ] letter openers; desktop business card holders; stationery writing paper and envelopes; printed invitations; postcards; notepaper; envelopes; stationery; note cards; binders; notebooks; loose leaf binders; pen and pencil sets; [ paper bags; ] printed matter, namely, decals, informational flyers with ticket information for university level athletic events and game schedules, but not including ice hockey; publications in the nature of brochures, newsletters, and printed reports about university | April 17, 2018 | Int'l Class:16 March 13, 2017

Int'l Class:21 January 23, 2017

Int'l Class:24 March 7, 2016

Int'l Class:25 July 14, 2016

Int'l Class:35,41 March 10, 2016 |

| Reg. No. | Mark | Goods/Services | Registration Date | Date of First Use |
|---|---|---|---|---|
| | | level athletic activities and events, but not including ice hockey; university stationery, letter openers made of precious metals<br><br>(Int'l Class: 21) Glassware, namely, drinking glasses, cups, mugs; [ trash cans; ] water bottles sold empty; coasters not of paper and not being table linen; [ plates; ] pitchers; vases [ , and vases made of precious metal ]<br><br>(Int'l Class: 24) Tablecloths not of paper; bed blankets, textile decorative blankets, blanket throws, and tailgating blankets; [ tapestries and wall hangings of fabric; ] flags of fabric; banners of fabric<br><br>(Int'l Class: 25) Golf shirts; hats; [ cloth bibs; jackets; shorts; ] caps; [ visors and ties; ] clothing for men, women and children, namely, shirts, [ shorts, | | |

| Reg. No. | Mark | Goods/Services | Registration Date | Date of First Use |
|---|---|---|---|---|
| | | ] T-shirts, hats, caps, [ socks, jackets, ] pants, sweatpants, [ sleepwear, rainwear, sweaters and visors; sweat suits, ] sweatshirts<br><br>(Int'l Class: 35) Promoting college level men's and women's sporting events of others; promoting university level athletic, sporting and cultural events of others<br><br>(Int'l Class: 41) Entertainment services, namely, organizing and conducting an array of college athletic events; encouraging university athletic program by organizing and conducting educational programs and activities for athletes, alumni, supporters and fans, namely, youth sports camps, athletic recruiting events, donor appreciation events, media informational events, athlete appreciation events athletic fundraising; providing sports | | |

30

| Reg. No. | Mark | Goods/Services | Registration Date | Date of First Use |
|---|---|---|---|---|
| | | facilities for an array of sporting events, sports and athletic competitions and awards programs; education and entertainment services, namely, providing educational courses at the college and graduate level, and organizing and providing facilities for university level men's and women's sporting events; conducting college level men's and women's sporting events; conducting university level athletic, sporting and cultural events; educational services, namely, public lectures, workshops, seminars, symposiums, and conferences in the field of academic education, life enhancement and recreational instruction, professional, business and continuing education, and production of radio and television programs | | |
| 5,514,4 87 | ELON and Design | (Int'l Class: 14) Clocks; precious metals, | July 10, 2018 | Int'l Class:14 June 20, 2016 |

| Reg. No. | Mark | Goods/Services | Registration Date | Date of First Use |
|---|---|---|---|---|
| |  | namely, gold pins, necklaces, bracelets, [ gold earrings, rings, ] watches, and tie tacks; ornamental lapel pins; watches; cuff-links; Key rings made primarily of metal<br><br>(Int'l Class: 16) Paper goods, namely, pennants, napkins, window stickers, bumper stickers, sticker sheets, [ stationery-type portfolios, ] notebooks, note pads, folders for papers, pens, [ pencils, paper and plastic gift bags, ] banners [ and posters ; letter openers; desktop business card holders; ] stationery writing paper and envelopes; printed invitations; postcards; notepaper; envelopes; stationery; note cards; [ binders; ] notebooks; [ loose leaf binders; pen and pencil sets; paper bags; ] printed matter, namely, decals, informational flyers with ticket information for university level athletic events and | | Int'l Class:16 June 16, 2016<br><br>Int'l Class:20 June 1, 2016<br><br>Int'l Class:21 June 12, 2017<br><br>Int'l Class:24 April 24, 2017<br><br>Int'l Class:25 March 29, 2016<br><br>Int'l Class:35,41 March 8, 2016 |

| Reg. No. | Mark | Goods/Services | Registration Date | Date of First Use |
|---|---|---|---|---|
| | | game schedules, but not including ice hockey; publications in the nature of brochures, newsletters, and printed reports about university level athletic activities and events, but not including ice hockey; university stationery [ , letter openers made of precious metals ]<br><br>(Int'l Class: 20) Pillows [ ; frames for displaying diplomas, not of precious metal; chairs ]<br><br>(Int'l Class: 21) Glassware, namely, drinking glasses, cups, mugs; [ trash cans; ] water bottles sold empty; coasters not of paper and not being table linen [ ; plates; pitchers; vases, and vases made of precious metal ]<br><br>(Int'l Class: 24) Tablecloths not of paper; bed blankets, textile decorative blankets, blanket throws, and tailgating | | |

| Reg. No. | Mark | Goods/Services | Registration Date | Date of First Use |
|---|---|---|---|---|
| | | blankets; tapestries and wall hangings of fabric; flags of fabric; banners of fabric<br><br>(Int'l Class: 25) Golf shirts; hats; cloth bibs; jackets; shorts; caps; visors [ and ties ] ; clothing for men, women and children, namely, shirts, shorts, t-shirts, hats, caps, socks, jackets, pants, sweatpants, sleepwear, rainwear, [ sweaters ] and visors; [ sweat suits , ] sweatshirts<br><br>(Int'l Class: 35) promoting college level men's and women's sporting events of others; promoting university level athletic, sporting and cultural events of others<br><br>(Int'l Class: 41) Entertainment services, namely, organizing and conducting an array of college athletic events; encouraging university athletic program by organizing and conducting educational | | |

34

| Reg. No. | Mark | Goods/Services | Registration Date | Date of First Use |
|---|---|---|---|---|
| | | programs and activities for athletes, alumni, supporters and fans, namely, youth sports camps, athletic recruiting events, donor appreciation events, media informational events, athlete appreciation events athletic fundraising; providing sports facilities for an array of sporting events, sports and athletic competitions and awards programs; education and entertainment services, namely, providing educational courses at the college and graduate level, and organizing and providing facilities for university level men's and women's sporting events; conducting college level men's and women's sporting events; conducting university level athletic, sporting and cultural events; educational services, namely, public lectures, workshops, seminars, symposiums, and | | |

| Reg. No. | Mark | Goods/Services | Registration Date | Date of First Use |
|---|---|---|---|---|
| | | conferences in the field of academic education, life enhancement and recreational instruction, professional, business and continuing education, and production of radio and television programs | | |
| 5,590,864 | ELON PHOENIX and Design  | (Int'l Class: 16) Paper goods, namely, [ pennants, ] napkins, window stickers, bumper stickers, sticker sheets, [ stationery-type portfolios, ] notebooks, note pads, folders for papers, pens, [ pencils, paper and plastic gift bags, ] banners [ and posters; letter openers; desktop business card holders; ] stationery writing paper and envelopes; printed invitations; [ postcards; ] notepaper; envelopes; stationery; note cards; [ binders; ] notebooks; [ loose leaf binders; pen and pencil sets; paper bags; ] printed matter, namely, decals, informational flyers with ticket information for university level | October 23, 2018 | Int'l Class: 16 July 1, 2017<br><br>Int'l Class:18 June 23, 2016<br><br>Int'l Class:21 July 31, 2017<br><br>Int'l Class:24 July 18, 2017<br><br>Int'l Class:25 September 13, 2017<br><br>Int'l Class:35,41 March 8, 2016 |

| Reg. No. | Mark | Goods/Services | Registration Date | Date of First Use |
|---|---|---|---|---|
| | | athletic events and game schedules, but not including ice hockey; publications in the nature of brochures, newsletters, and printed reports about university level athletic activities and events, but not including ice hockey; university stationery [ , letter openers made of precious metals ]<br><br>(Int'l Class: 18) [ Trunks for traveling; travel bags; toiletry cases sold empty; business card holders in the nature of wallets ]<br><br>(Int'l Class: 21) Glassware, namely, drinking glasses, cups, mugs; [ trash cans; ] water bottles sold empty; coasters not of paper and not being table linen [ ; plates; pitchers; vases, and vases made of precious metal ]<br><br>(Int'l Class: 24) Tablecloths not of paper; bed blankets, textile decorative | | |

| Reg. No. | Mark | Goods/Services | Registration Date | Date of First Use |
|---|---|---|---|---|
| | | blankets, blanket throws, and tailgating blankets; [ tapestries and ] wall hangings of fabric; flags of fabric; banners of fabric<br><br>(Int'l Class: 25) Golf shirts; hats; [ cloth bibs; jackets; ] shorts; caps; [ visors and ties; ] clothing for men, women and children, namely, shirts, [ shorts, ] t-shirts, hats, caps, [ socks, jackets, ] pants, sweatpants, [ sleepwear, rainwear, sweaters and visors; sweat suits, ] sweatshirts<br><br>(Int'l Class: 35) promoting college level men's and women's sporting events of others; promoting university level athletic, sporting and cultural events of others<br><br>(Int'l Class: 41) Entertainment services, namely, organizing and conducting an array of college athletic events; encouraging university athletic program by | | |

38

| Reg. No. | Mark | Goods/Services | Registration Date | Date of First Use |
|---|---|---|---|---|
| | | organizing and conducting educational programs and activities for athletes, alumni, supporters and fans, namely, youth sports camps, athletic recruiting events, donor appreciation events, media informational events, athlete appreciation events athletic fundraising; providing sports facilities for an array of sporting events, sports and athletic competitions and awards programs; education and entertainment services, namely, providing educational courses at the college and graduate level, and organizing and providing facilities for university level men's and women's sporting events; conducting college level men's and women's sporting events; conducting university level athletic, sporting and cultural events; educational services, namely, public lectures, | | |

| Reg. No. | Mark | Goods/Services | Registration Date | Date of First Use |
|---|---|---|---|---|
| | | workshops, seminars, symposiums, and conferences in the field of academic education, life enhancement and recreational instruction, professional, business and continuing education, and production of radio and television programs | | |
| 5,590,696 | ELON PHOENIX and Design  | (Int'l Class: 16) Paper goods, namely, [ pennants, ] napkins, window stickers, bumper stickers, sticker sheets, [ stationery-type portfolios, ] notebooks, note pads, folders for papers, pens, [ pencils, paper and plastic gift bags, ] banners [ and posters; letter openers; desktop business card holders; ] stationery writing paper and envelopes; printed invitations; [ postcards; ] notepaper; envelopes; stationery; note cards; [ binders; ] notebooks; [ loose leaf binders; pen and pencil sets; paper bags; ] printed matter, namely, decals, informational flyers | October 23, 2018 | Int'l Class:16 August 12, 2016  Int'l Class: 35,41 March 8, 2016  Int'l Class:21 July 31, 2017  Int'l Class:24 October 19, 2016  Int'l Class:25 September 9, 2016 |

| Reg. No. | Mark | Goods/Services | Registration Date | Date of First Use |
|---|---|---|---|---|
| | | with ticket information for university level athletic events and game schedules, but not including ice hockey; publications in the nature of brochures, newsletters, and printed reports about university level athletic activities and events, but not including ice hockey; university stationery [ , letter openers made of precious metals ]<br><br>(Int'l Class: 21) Glassware, namely, drinking glasses, cups, mugs; [ trash cans; ] water bottles sold empty; coasters not of paper and not being table linen [ ; plates; pitchers ; vases, and vases made of precious metal ]<br><br>(Int'l Class: 24) Tablecloths not of paper; bed blankets, textile decorative blankets, blanket throws, and tailgating blankets; [ tapestries and ] wall hangings of | | |

| Reg. No. | Mark | Goods/Services | Registration Date | Date of First Use |
|---|---|---|---|---|
| | | fabric; flags of fabric; banners of fabric<br><br>(Int'l Class: 25)<br>Golf shirts; hats; [ cloth bibs; jackets; ] shorts; caps; [ visors and ties; ] clothing for men, women and children, namely, shirts, [ shorts, ] t-shirts, hats, caps, [ socks, jackets, ] pants, sweatpants, [ sleepwear, rainwear, sweaters and visors; sweat suits, ] sweatshirts<br><br>(Int'l Class: 35)<br>promoting college level men's and women's sporting events of others; promoting university level athletic, sporting and cultural events of others<br><br>(Int'l Class: 41)<br>Entertainment services, namely, organizing and conducting an array of college athletic events; encouraging university athletic program by organizing and conducting educational programs and activities for athletes, alumni, | | |

42

| Reg. No. | Mark | Goods/Services | Registration Date | Date of First Use |
|---|---|---|---|---|
| | | supporters and fans, namely, youth sports camps, athletic recruiting events, donor appreciation events, media informational events, athlete appreciation events athletic fundraising; providing sports facilities for an array of sporting events, sports and athletic competitions and awards programs; education and entertainment services, namely, providing educational courses at the college and graduate level, and organizing and providing facilities for university level men's and women's sporting events; conducting college level men's and women's sporting events; conducting university level athletic, sporting and cultural events; educational services, namely, public lectures, workshops, seminars, symposiums, and conferences in the field of academic education, | | |

| Reg. No. | Mark | Goods/Services | Registration Date | Date of First Use |
|---|---|---|---|---|
| | | life enhancement and recreational instruction, professional, business and continuing education, and production of radio and television programs | | |
| 5,670,879 | ELON UNIVERSITY and Design  | (Int'l Class: 21) Glassware, namely, drinking glasses, cups, mugs; [ trash cans; ] water bottles sold empty; coasters not of paper and not being table linen; plates; pitchers; vases [ , and vases made of precious metal ]<br><br>(Int'l Class: 25) Golf shirts; hats; cloth bibs; jackets; shorts; caps; visors [ and ties ] ; clothing for men, women and children, namely, shirts, shorts, t-shirts, hats, caps, [ socks, ] jackets, pants, sweatpants, [ sleepwear, ] rainwear, sweaters and visors; [ sweat suits, ] sweatshirts<br><br>(Int'l Class: 35) promoting college level men's and women's | February 5, 2019 | Int'l Class:21 April 1, 2016<br><br>Int'l Class:25 June 1, 2018<br><br>Int'l Class:35,41 March 10, 2016 |

44

| Reg. No. | Mark | Goods/Services | Registration Date | Date of First Use |
|---|---|---|---|---|
| | | sporting events of others; promoting university level athletic, sporting and cultural events of others<br><br>(Int'l Class: 41) Entertainment services, namely, organizing and conducting an array of college athletic events; encouraging university athletic program by organizing and conducting educational programs and activities for athletes, alumni, supporters and fans, namely, youth sports camps, athletic recruiting events, donor appreciation events, media informational events, athlete appreciation events athletic fundraising; providing sports facilities for an array of sporting events, sports and athletic competitions and awards programs; education and entertainment services, namely, providing educational courses at the college and graduate | | |

| Reg. No. | Mark | Goods/Services | Registration Date | Date of First Use |
|---|---|---|---|---|
| | | level, and organizing and providing facilities for university level men's and women's sporting events; conducting college level men's and women's sporting events; conducting university level athletic, sporting and cultural events; educational services, namely, public lectures, workshops, seminars, symposiums, and conferences in the field of academic education, life enhancement and recreational instruction, professional, business and continuing education, and production of radio and television programs | | |
| 5,710,199 | E (Stylized)  | (Int'l Class: 16) Paper goods, namely, pennants, napkins, window stickers, bumper stickers, sticker sheets, [ stationery-type portfolios, ] notebooks, note pads, folders for papers, pens, pencils, paper [ and plastic ] gift bags, banners [ and posters ] ; [ letter | March 26, 2019 | Int'l Class:16,35,41 March 7, 2016<br><br>Int'l Class:21 July 26, 2017<br><br>Int'l Class:24 September 22, 2017<br><br>Int'l Class:25 |

| Reg. No. | Mark | Goods/Services | Registration Date | Date of First Use |
|---|---|---|---|---|
| | | openers; ] desktop business card holders; stationery writing paper and envelopes; printed invitations; postcards; notepaper; envelopes; stationery; note cards; binders; notebooks; loose leaf binders; [ pen and pencil sets; ] paper bags; printed matter, namely, decals, informational flyers with ticket information for university level athletic events and game schedules, but not including ice hockey; publications in the nature of brochures, newsletters, and printed reports about university level athletic activities and events, but not including ice hockey; university stationery [ , letter openers made of precious metals ]<br><br>(Int'l Class: 21) Glassware, namely, drinking glasses, cups, mugs; [ trash cans; ] water bottles sold empty; coasters not of paper and not being table linen [ ; plates; | | April 1, 2016 |

| Reg. No. | Mark | Goods/Services | Registration Date | Date of First Use |
|---|---|---|---|---|
| | | pitchers; vases, and vases made of precious metal ]<br><br>(Int'l Class: 24) Tablecloths not of paper; bed blankets, textile decorative blankets, blanket throws, and tailgating blankets; [ tapestries and ] wall hangings of fabric; flags of fabric; banners of fabric<br><br>(Int'l Class: 25) Golf shirts; hats; cloth bibs; jackets; shorts; caps; visors and ties; clothing for men, women and children, namely, shirts, shorts, t-shirts, hats, caps, socks, jackets, pants, sweatpants, [ sleepwear, ] rainwear, [ sweaters and ] visors; [ sweat suits, ] sweatshirts<br><br>(Int'l Class: 35) promoting college level men's and women's sporting events of others; promoting university level athletic, sporting and cultural events of others | | |

| Reg. No. | Mark | Goods/Services | Registration Date | Date of First Use |
|---|---|---|---|---|
| | | (Int'l Class: 41) Entertainment services, namely, organizing and conducting an array of college athletic events; encouraging university athletic program by organizing and conducting educational programs and activities for athletes, alumni, supporters and fans, namely, youth sports camps, athletic recruiting events, donor appreciation events, media informational events, athlete appreciation events athletic fundraising; providing sports facilities for an array of sporting events, sports and athletic competitions and awards programs; education and entertainment services, namely, providing educational courses at the college and graduate level, and organizing and providing facilities for university level men's and women's sporting events; | | |

49

| Reg. No. | Mark | Goods/Services | Registration Date | Date of First Use |
|---|---|---|---|---|
| | | conducting college level men's and women's sporting events; conducting university level athletic, sporting and cultural events; educational services, namely, public lectures, workshops, seminars, symposiums, and conferences in the field of academic education, life enhancement and recreational instruction, professional, business and continuing education, and production of radio and television programs | | |
| 5,892,330 | ELON UNIVERSITY and Design  | (Int'l Class: 16) Paper goods, namely, pennants, napkins, window stickers, bumper stickers, sticker sheets, stationery-type portfolios, notebooks, note pads, folders for papers, pens, pencils, paper and plastic gift bags, banners and posters; letter openers; desktop business card holders; stationery writing paper and envelopes; printed invitations; postcards; | October 22, 2019 | Int'l Class:16 March 13, 2017<br><br>Int'l Class:21 January 23, 2017<br><br>Int'l Class:24,35,41 March 7, 2016<br><br>Int'l Class:25 July 14, 2016 |

50

| Reg. No. | Mark | Goods/Services | Registration Date | Date of First Use |
|---|---|---|---|---|
| | | notepaper; envelopes; stationery; note cards; binders; notebooks; loose leaf binders; pen and pencil sets; paper bags; printed matter, namely, decals, informational flyers with ticket information for university level athletic events and game schedules, but not including ice hockey; publications in the nature of brochures, newsletters, and printed reports about university level athletic activities and events, but not including ice hockey; university stationery, letter openers made of precious metals<br><br>(Int'l Class: 21) Glassware, namely, drinking glasses, cups, mugs; trash cans; water bottles sold empty; coasters not of paper and not being table linen; plates; pitchers; vases, and vases made of precious metal<br><br>(Int'l Class: 24) Tablecloths not of | | |

| Reg. No. | Mark | Goods/Services | Registration Date | Date of First Use |
|----------|------|----------------|-------------------|-------------------|
| | | paper; bed blankets, textile decorative blankets, blanket throws, and tailgating blankets; tapestries and wall hangings of fabric; flags of fabric; banners of fabric<br><br>(Int'l Class: 25)<br>Golf shirts; hats; cloth bibs; jackets; shorts; caps as headwear; visors as headwear and ties as clothing; clothing for men, women and children, namely, shirts, shorts, t-shirts, hats, socks, jackets, pants, sweatpants, sleepwear, rainwear, sweaters and visors as headwear; sweat suits, sweatshirts<br><br>(Int'l Class: 35)<br>promoting college level men's and women's sporting events of others; promoting university level athletic, sporting and cultural events of others<br><br>(Int'l Class: 41)<br>Entertainment services, namely, organizing and conducting an array of | | |

| Reg. No. | Mark | Goods/Services | Registration Date | Date of First Use |
|---|---|---|---|---|
| | | college athletic events; encouraging university athletic program by organizing and conducting educational programs and activities for athletes, alumni, supporters and fans, namely, youth sports camps, athletic recruiting events, donor appreciation events, media informational events, and athlete appreciation events the proceeds of which benefit university athletic programs purposes; providing sports facilities for an array of sporting events, sports and athletic competitions and awards programs; education and entertainment services, namely, providing educational courses at the college and graduate level, and organizing and providing facilities for university level men's and women's sporting events; conducting college level men's and women's sporting events; | | |

| Reg. No. | Mark | Goods/Services | Registration Date | Date of First Use |
|---|---|---|---|---|
| | | conducting university level athletic, sporting and cultural events; educational services, namely, public lectures, workshops, seminars, symposiums, and conferences in the field of academic education, life enhancement and recreational instruction, professional, business and continuing education, and production of radio and television programs | | |
| 6,093,347 | E (Stylized)  | (Int'l Class: 21) mugs<br><br>(Int'l Class: 25) Clothing, namely, t-shirts, sweatshirts, sweatpants; caps | July 7, 2020 | Int'l Class:21 1950<br><br>Int'l Class:25 1921 |

Copies of the Certificates of Registration for the ELON Marks are attached as **Exhibit 1.**

19.    The goods and services covered by Plaintiff's registrations for the ELON Marks are hereinafter collectively referred to as "the ELON Goods and Services."

20.     Plaintiff's registrations for its ELON Marks are valid, subsisting, and incontestable, and are *prima facie* evidence of the validity of the registered ELON Marks, Plaintiff's ownership of the ELON Marks, and Plaintiff's exclusive right to use the ELON Marks in commerce.

21.     Plaintiff has used Plaintiff's ELON Marks continuously and without interruption since at least as early as 1889 in the case of ELON; at least as early as 1921 for the E Logo Marks; at least as early as 2001 in the case of ELON UNIVERSITY, the ELON PHOENIX Mark, and the Phoenix Logo Marks; and at least as early as 2016 for the ELON UNIVERSITY Logo Marks.

22.     Plaintiff has obtained hundreds of millions of dollars in revenues from the sale of the Elon Goods and Services offered under the ELON Marks.

23.     Plaintiff invested significant time, energy, money, and resources into promoting Plaintiff's ELON Marks and the goods and services offered thereunder.

24.     Plaintiff has successfully enforced its rights in Plaintiff's ELON Marks against numerous other infringers.

25.     Plaintiff has received widespread unsolicited media attention for Plaintiff's ELON Marks and the goods and services offered thereunder.

26.     Consumers throughout the United States, and particularly in the State of North Carolina, have come to recognize Plaintiff's ELON Marks and to associate them exclusively with Plaintiff and with Plaintiff's Goods and Services.

27.     Plaintiff has therefore established a high level of acquired distinctiveness in connection with Plaintiff's ELON Marks among consumers in the United States, and particularly in the State of North Carolina.

28.     Plaintiff's ELON Marks are extremely strong and entitled to a broad scope of protection.

29.     Plaintiff advertises, offers for sale, and sells various licensed goods, such as clothing and hats, that display the ELON Marks through a partner web site at <elon.spirit.bncollege.com>.  A true and correct copy of the home page of this web site is attached as **Exhibit 2**. This web site states that it is "the official online destination for licensed Phoenix apparel, gear, and accessories."

30.     Plaintiff also advertises, offers for sale, and sells licensed goods bearing Plaintiff's ELON Marks through brick-and-mortar retail locations, such as a bookstore on Plaintiff's university campus as well as various stores in the Elon, North Carolina area.

## **DEFENDANT'S UNLAWFUL CONDUCT**

31.     Upon information and belief, Defendant is an online retail store that sells apparel and related goods featuring the marks of academic institutions across the United States, as well as professional sports teams. Defendant operates its online retail store at <prepsportswear.com> (hereinafter "Defendant's Website").

32.     To formalize its business presence in the State of North Carolina, Defendant registered with the North Carolina Secretary of State in March 2024.

33.     Upon information and belief, Defendant sells apparel and goods featuring the trademarks of numerous colleges and universities, including multiple universities that are based in the State of North Carolina, all without the authorization of the trademark owners.

34.     Notwithstanding Plaintiff's rights in the ELON Marks, Defendant has a dedicated page for Plaintiff at https://www.prepsportswear.com/college/us/north-carolina/elon/elon-university-phoenix?schoolid=2687055 that sells various apparel and related goods that display the ELON Marks or marks confusingly similar to the ELON Marks (hereinafter, the "Infringing Goods"). A true and correct copy of a printout of Defendant's Website that promotes the Infringing Goods is attached as **Exhibit 3** and an excerpt is shown below:



35.      Defendant ships its products throughout the United States.  Upon information and belief, a substantial percentage of the Infringing Goods, and likely a majority, are sold to customers in the State of North Carolina.

36.      Upon information and belief, Defendant engages in paid Internet advertising targeting consumers seeking apparel and merchandise related to Elon University.

37.      Defendant's Website is one of the first native search results that consumers encounter on the Google search engine, www.google.com, when searching for apparel and merchandise related to Elon University.

58

38.     Upon information and belief, Defendant targets consumers within the State of North Carolina, and its Infringing Goods are marketed and sold to the same consumers as Plaintiff's Goods, including consumers within the State of North Carolina.

39.     Plaintiff's Goods and Defendant's Infringing Goods are both sold via the Internet and in the same general price ranges.

40.     Plaintiff has not authorized or licensed Defendant to use Plaintiff's ELON Marks, or any variation thereof, nor to associate itself or its products with Plaintiff in any way.

41.     In December 2024, the Collegiate Licensing Company, on behalf of Plaintiff, sent a letter to Defendant, demanding that it immediately cease all sales of products that display the ELON Marks.   Defendant failed to respond to this letter.

42.     In November 2025, Plaintiff's counsel sent a letter to Defendant. In that letter, Plaintiff requested that Defendant remove all references to Elon and/or the ELON Marks on its website, delete all web pages for products that display the ELON Marks, cease any and all sales of products that show the ELON Marks, and destroy any remaining inventory of products that display the ELON Marks. A copy of Plaintiff's counsel's letter is attached as **Exhibit 4**.

43.     Despite several follow-up communications, Defendant has failed to respond to the letter and is continuing to offer its unauthorized competing goods in interstate commerce throughout the United States.

44. Consumers who purchase the Infringing Goods from Defendant's web site are likely to believe that these goods are authorized or licensed by Plaintiff.

45. Defendant's sale of the Infringing Goods is causing substantial economic harm to Plaintiff because Plaintiff derives significant revenue from the sale of licensed apparel, and Defendant's sale of unlicensed apparel is depriving Plaintiff of revenue that it otherwise would have received from the authorized sale of licensed apparel bearing Plaintiff's ELON Marks.

46. Furthermore, Defendant's sale of the Infringing Goods is likely to cause substantial harm to the value of Plaintiff's ELON Marks because of the poor quality of the Infringing Goods.

47. Plaintiff exercises great care in selecting its licensing partners for the licensing of its official authorized apparel and only licenses Plaintiff's ELON Marks to manufacturers of high-quality products. However, consumers have reported complaints about the poor quality of Defendant's goods on Defendant's own web site as well as third-party web sites, such as Yelp, Facebook, and the Better Business Bureau.

## COUNT I

**TRADEMARK INFRINGEMENT IN VIOLATION OF
SECTION 32 OF THE LANHAM ACT, 15 U.S.C. § 1114**

48. Plaintiff repeats and realleges each and every allegation contained in Paragraphs 1 through 47 of this Complaint and incorporates them herein by reference.

49.     Plaintiff's ownership of the trademark registrations listed in Paragraph 18 establish that Plaintiff owns valid and enforceable trademark rights in Plaintiff's ELON Marks.

50.     Plaintiff began using Plaintiff's ELON Marks in connection with Plaintiff's Goods and Services long before Defendant's first use of the ELON Marks.

51.     Defendant is currently using Plaintiff's ELON Marks in connection with the Infringing Goods without authorization.

52.     Defendant's unauthorized use of Plaintiff's ELON Marks, or marks highly similar thereto, in connection with the Infringing Goods is likely to cause confusion, mistake, and/or deceive prospective or actual customers and other members of the public in violation of the Lanham Act.

53.     Upon information and belief, Defendant's purpose in using the ELON Marks was and is to deceive, mislead, and confuse customers, so as to trade on the substantial reputation and goodwill enjoyed by Plaintiff in connection with Plaintiff's ELON Marks.

54.     Defendant's acts of infringement as alleged herein have caused, are causing, and will continue to cause irreparable injury and harm to Plaintiff's business, reputation, and goodwill, unless Defendant's unlawful conduct is enjoined by this Court.

55.     Defendant's acts of infringement as alleged herein have been malicious, deliberate, and willful, making this an "exceptional case" for purposes of 15 U.S.C. § 1117.

## COUNT II

### UNFAIR COMPETITION IN VIOLATION OF
### SECTION 43(a) OF THE LANHAM ACT, 15 U.S.C. § 1125(a)

56. Plaintiff repeats and realleges each and every allegation contained in Paragraphs 1 through 55 of this Complaint and incorporates them herein by reference.

57. Plaintiff owns valid and enforceable trademark rights in Plaintiff's ELON Marks.

58. Plaintiff began using the ELON Marks in connection with Plaintiff's Goods and Services long before Defendant's first use of the ELON Marks.

59. Defendant is currently using the ELON Marks in connection with the Infringing Goods without authorization.

60. Defendant's promotion, marketing, offering for sale, and sale of the Infringing Goods featuring the ELON Marks, or highly similar marks thereto, is likely to cause confusion, deception, and mistake by creating the false and misleading impression that Defendant's Infringing Goods are produced, distributed, associated, connected, sponsored, or endorsed by Plaintiff.

61. Defendant's use of the ELON Marks in connection with the Infringing Goods creates a false designation of origin and a misleading representation of fact as to the origin and sponsorship of the Infringing Goods in violation of the Lanham Act.

62. Defendant's actions as alleged herein are intended to cause, and are likely to cause confusion, mistake and deception among consumers, the public, and Plaintiff's

licensees as to whether Plaintiff's Infringing Goods originate from or are affiliated with, sponsored by, or endorsed by Plaintiff.

63.    Defendant has derived unlawful gain and profit from its unlawful acts alleged above, and has caused loss, injury, and damage to Plaintiff, its goodwill, and the ELON Marks, in an amount yet unknown but to be proven at trial.

## COUNT III

### COUNTERFEITING IN VIOLATION OF
### SECTION 32 OF THE LANHAM ACT, 15 U.S.C. § 1114

64.    Plaintiff repeats and realleges each and every allegation contained in Paragraphs 1 through 63 of this Complaint and incorporates them herein by reference.

65.    Defendant, without authorization from Plaintiff, has sold, offered for sale, distributed, and/or advertised apparel and related goods that display counterfeits or colorable imitations of the ELON Marks.

66.    Defendant's actions as alleged herein are intended to cause, and are likely to cause confusion, mistake and deception among consumers, the public, and Plaintiff's licensees as to whether Plaintiff's Infringing Goods originate from or are affiliated with, sponsored by, or endorsed by Plaintiff.

67.    Upon information and belief, Defendant has acted with actual knowledge of Plaintiff's rights in Plaintiff's ELON Marks and with deliberate, willful intention to trade upon the consumer goodwill created and enjoyed by Plaintiff for Defendant's profit.

68.     Plaintiff's acts as alleged herein constitute counterfeiting of the ELON Marks in violation of 15 U.S.C. §§ 1114(1)(a)-(b).

69.     Defendant's acts of infringement as alleged herein have caused, are causing, and will continue to cause irreparable injury and harm to Plaintiff's business, reputation, and goodwill, unless Defendant's unlawful conduct is enjoined by this Court.

## COUNT IV

## COMMON LAW TRADEMARK INFRINGEMENT

70.     Plaintiff repeats and re-alleges each and every allegation contained in Paragraphs 1 through 69 of this Complaint and incorporates them herein by reference.

71.     By the acts aforesaid, Defendant's acts constitute trademark infringement under the common law of the State of North Carolina.

## COUNT V

## COMMON LAW UNFAIR COMPETITION

72.     Plaintiff repeats and re-alleges each and every allegation contained in Paragraphs 1 through 71 of this Complaint and incorporates them herein by reference.

73.     By the acts aforesaid, Defendant engaged, and is engaged, in common law unfair competition under the common law of the State of North Carolina.

## COUNT VI

## UNFAIR AND DECEPTIVE TRADE PRACTICES
## N.C. GEN. STAT. § 75-1.1, et seq.

74.     Plaintiff repeats and re-alleges each and every allegation contained in Paragraphs 1 through 73 of this Complaint and incorporates them herein by reference.

75.    Upon information and belief, Defendant has engaged in unfair and deceptive trade practices by using the ELON Marks, or highly similar marks thereto, in commerce in North Carolina in connection with goods identical or highly related to those offered by Plaintiff in the same channels of trade and same geographic territory, without authorization.

76.    Defendant's deceptive practices are likely to cause confusion, mistake, and/or deceive prospective or actual customers in North Carolina and other members of the public and have injured Plaintiff.

77.    Plaintiff is therefore entitled to recover from Defendant its damages in an amount to be proven at trial.

78.    Moreover, Defendant's actual damages should be trebled pursuant to N.C. Gen. Stat. § 75-16, and Plaintiff is entitled to recovery of its attorneys' fees pursuant to N.C. Gen. Stat. § 75-16.1.

## JURY DEMAND

Plaintiff demands a trial by jury of all issues so triable.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendant as follows:

1.    Compensatory damages, consisting of general and special damages, in an amount to be proven at trial;

2.    An award of punitive damages;

3.    A permanent injunction enjoining Defendant, and all others acting in privity or in concert with Defendant, from advertising, marketing, selling, or offering to sell the

65

Infringing Goods, any other goods or services bearing any of Plaintiff's ELON Marks, or any other goods or services bearing any other marks confusingly similar to any of Plaintiff's ELON Marks;

4.      Reasonable attorneys' fees and costs in prosecuting this action as provided by § 35(a) of the Lanham Act, 15 U.S.C. § 1117 and N.C. Gen. Stat. § 75-16.1; and

5.      Any other relief as the interests of justice may require.

Dated:  <u>February 11, 2026</u>

Respectfully submitted,

ELON UNIVERSITY

By: <u>/s/ *Maxwell C. Ruocco*</u>

Maxwell C. Ruocco (N.C. Bar 56253)
BUCHANAN INGERSOLL & ROONEY PC
227 W. Trade Street, Suite 600
Charlotte, North Carolina 28202
Tel.:   (704) 444-3365
Fax:   (704) 444-3490
maxwell.ruocco@bipc.com
*Attorneys for Plaintiff Elon University*


Bassam N. Ibrahim (*pro hac vice* pending)
Bryce J. Maynard (*pro hac vice* pending)
BUCHANAN INGERSOLL & ROONEY PC
1737 King Street, Suite 500
Alexandria, Virginia 22314
Tel.:   (703) 836-6620
Fax:   (703) 836-2021
bassam.ibrahim@bipc.com
*Attorneys for Plaintiff Elon University*